CHARISSE VECCIARELLI, Appellant, v MICHAEL VECCIARELLI, Respondent. [934 NYS2d 854]—

Considering the parties' relative circumstances and all of the

relevant factors, including the pendente lite award of an attorney's fee to the plaintiff in the sum of $10,000, the Supreme Court providently exercised its discretion in awarding the plaintiff the sum of only $40,000 in additional attorney's fees after the parties settled all other issues relating to this action (*see* Domestic Relations Law § 237 [a]; *DeCabrera v Cabrera-Rosete*, 70 NY2d 879, 881 [1987]; *Ciociano v Ciociano*, 54 AD3d 797 [2008]; *Sevdinoglou v Sevdinoglou*, 40 AD3d 959 [2007]; *Levine v Levine*, 24 AD3d 625, 626 [2005]; *Palumbo v Palumbo*, 10 AD3d 680 [2004]). Dillon, J.P., Balkin, Leventhal and Belen, JJ., concur.